UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ronena Shantel Walker,   Civil No. 08-5208 (PAM/FLN)

Plaintiff,

v.   **ORDER**

D.O.C., et al.,

Defendants.

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Franklin L. Noel dated October 1, 2008. The R&R recommended that this Court dismiss Plaintiff's claims against some Defendants and allow her claims to proceed as to other Defendants. Neither party has filed an objection to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 6).

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's claims against D.O.C., D.H.H.S., MCF-Shakopee, Warden Mickey Kopfman, Dr. Straumer, Dr. Mandac, Rick Hillengaas (Warden), Nurse Kathy, DOC Lt. Kopet, Rick Padfield, Lt. Cassidy, Sgt. Foster, C/O Parr, C/O Perlich, C/O McCoy, C/O Lindahl, Lt. Cassidy, Glen Anderson, Michelle Fullmer, and Kathy Burton are **DISMISSED with prejudice**; and

2.	Plaintiff's claims against the remaining Defendants shall be allowed to proceed at this time, without prejudice to any defenses that those Defendants may later seek to raise.

Dated: <u>Monday, November 10, 2008</u>

<u>*s/ Paul A. Magnuson*</u>  
Paul A. Magnuson  
United States District Court Judge